

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00941-CR

PATRICK DUNBAR JESSE, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 185th District Court of Harris County. (Tr. Ct. No. 1370984).

The cause heard today by the Court is an appeal from the order signed on November 3, 2014. After inspecting the record of the court below, it is the opinion of this Court that that it lacks jurisdiction over this appeal. After due consideration, the Court **dismisses** the appeal for want of jurisdiction.

The Court **orders** that this decision be certified below for observance.

Judgment rendered May 5, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Huddle.